IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHELLE MURRAY BEAKY, et al.,                    :          CIVIL ACTION
                                                  :
            v.                                    :
                                                  :
COUNTY OF BUCKS, et al.                           :          NO. 08-1251

## O R D E R

AND NOW, this 3rd day of August, 2009, I HEREBY ORDER that:

1.  The motion to dismiss filed by the County of Bucks (Doc. 31) is GRANTED.

2.  The motion to dismiss filed by Joseph Campbell, Richard Kuntz, John McGhee, and the Office of the Coroner, Bucks County (Doc. 33) is GRANTED.

3.  The motion to dismiss filed by Tenet Healthsystem Bucks County, LLC, d/b/a Warminster Hospital (Doc. 40) is GRANTED.

4.  All state law claims against the County of Bucks, Joseph Campbell, Richard Kuntz, John McGhee, the Office of the Coroner, Bucks County, and Tenet Healthsystem Bucks County, LLC, d/b/a Warminster Hospital are DISMISSED for lack of subject-matter jurisdiction.

5.  All claims are DISMISSED WITHOUT PREJUDICE and the plaintiffs shall have until August 24, 2009, to amend their complaint.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., S.J.